## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GRINNELL MUTUAL REINSURANCE COMPANY, | ) ) ) |
| **Plaintiff,** | ) ) ) |
| vs. | ) CIVIL NO. 04-524-GPM ) |
| THOMAS E. MILLER, LYNN MILLER, ILLINOIS CENTRAL RAILROAD COMPANY, d/b/a Canadian National/Illinois Central Railroad Company, NATIONAL RAILROAD PASSENGER CORPORATION, STS ACQUISITION COMPANY, d/b/a STS Consultants LTD, CENTRAL STATES ENVIRONMENTAL SERVICES, INC., THOMAS E. RATHERT, JOHN M. SOELL, CARL G. DAY, S & M BASEMENTS, and GARY SMITH, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| **Defendants.** | ) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT**.  This declaratory judgment action came before the Court on Plaintiff's motion for summary judgment.

**IT IS ORDERED AND ADJUDGED** that Plaintiff has no obligation to defend or indemnify Gary Smith or S & M Basements under the Workers' Compensation and Employer's Liability Insurance Policy with respect to the third-party claim filed in the underlying lawsuit that is the basis of this declaratory judgment action.  Plaintiff's request for reimbursement of defense costs already paid on behalf of Smith and S & M Basements is withdrawn.  Plaintiff further has no

duty to defend or indemnify STS Acquisition Company, Central States Environmental Services, Inc., or Illinois Central Railroad Company under the Commercial General Liability Policy with respect to the underlying lawsuit. Pursuant to the Memorandum and Order dated September 21, 2005, judgment is entered in favor of Plaintiff, **GRINNELL MUTUAL REINSURANCE COMPANY**, and against Defendants, **THOMAS E. MILLER, LYNN MILLER, ILLINOIS CENTRAL RAILROAD COMPANY, d/b/a Canadian National/Illinois Central Railroad Company, NATIONAL RAILROAD PASSENGER CORPORATION, STS ACQUISITION COMPANY, d/b/a STS Consultants LTD, CENTRAL STATES ENVIRONMENTAL SERVICES, INC., THOMAS E. RATHERT, JOHN M. SOELL, CARL G. DAY, S & M BASEMENTS, and GARY SMITH**, on the claims asserted in the Third Amended Declaratory Judgment Complaint, and this action is dismissed **with prejudice.**

  **DATED**: 09/21/05

                  NORBERT G. JAWORSKI, CLERK

                  By: s/ Linda M Cook
                    Deputy Clerk

APPROVED: s/ G. Patrick Murphy
      G. PATRICK MURPHY
      CHIEF U.S. DISTRICT JUDGE